UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**CHRISTOPHER LEHMAN**           **CASE NO.  2:20-CV-00736**

**VERSUS**                                        **JUDGE TERRY A. DOUGHTY**

**HENRY GUINN ET AL**              **MAGISTRATE JUDGE KAY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, together with the written objections [Doc. No. 15] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 13] is **GRANTED IN PART** and **DENIED IN PART**.  To the extent Defendants move to dismiss Plaintiff's (1) equal protection claim for race discrimination; (2) substantive due process claim; and (3) first amendment retaliation claim arising from voicing his complaints to the City, the motion is **GRANTED,** and those claims are **DISMISSED WITH PREJUDICE**. To the extent Defendants move to dismiss Plaintiff's first amendment retaliation claim arising from his prior lawsuit against the City, the motion is **DENIED**. To the extent Defendants move to dismiss Plaintiff's equal protection "class of one" claim, the motion is **DENIED**, and Plaintiff is granted leave to **AMEND** his Complaint to allege a proper "class of one" claim within 30 days of this ruling.

Monroe, Louisiana, this 10th day of March, 2021.

_____
Terry A. Doughty
United States District Judge