**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**CHRISTOPHER LEHMAN**                     **CASE NO.  2:20-CV-00736**

**VERSUS**                                 **JUDGE TERRY A. DOUGHTY**

**HENRY GUINN ET AL**                      **MAGISTRATE JUDGE KAY**

<u>**JUDGMENT**</u>

For the reasons stated in the Report and Recommendation [Doc. No. 26] of the

Magistrate Judge previously filed herein, determining that the findings are correct under the

applicable law, and noting the absence of objections to the Report and Recommendation in the

record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Partial Rule

12(b)(6) Motion to Dismiss [Doc. No. 19] is **GRANTED** and Plaintiff's equal protection "class

of one" claim is **DISMISSED.**

**MONROE, LOUISIANA** this 10th day of March 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**